# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>CHRISTIAN MARTINEZ-MORANTE (3),<br><br>                    Defendant. | CASE NO. 15CR1166-W<br><br>**JUDGMENT OF DISMISSAL** |

  IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

___   the Court has granted the motion of the Government for dismissal, without prejudice; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

_X_   of the offense(s) as charged in the Information:

   21 USC 959, 960, and 963 - Conspiracy to Distribute Marijuana Intended

   For Importation

   IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 06/29/15

                                        _____
                                        Thomas J. Whelan
                                        U.S. District Judge